IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SKYWATCH TRAFFIC, LLC.             )
                                   )
v.                                 )   No. 3-10-0959
                                   )
CUMULUS MEDIA, INC; and            )
CUMULUS BROADCASTING LLC.          )
a/k/a Cumulus of Nashville         )

O R D E R

On January 31, 2012, the defendants filed a motion for summary judgment (Docket Entry No. 33).

In accord with the order entered November 23, 2011 (Docket Entry No. 32), the plaintiff shall have until February 14, 2012, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by February 28, 2012, if the response is filed on February 14, 2012.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable John T. Nixon.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of defendants' motion for summary judgment (Docket Entry No. 33),[1] the plaintiff's response to be filed by February 14, 2012, and any reply, if necessary, to be filed no later than February 28, 2012.

It is so ORDERED.

                                                _____
                                                JULIET GRIFFIN
                                                United States Magistrate Judge

---

[1] Rather than filing a separate memorandum in support of their motion and a separate statement of undisputed, material facts, in accord with Local Rules 7.01(a) and 56.01(b), the defendants appended their memorandum and statement of undisputed facts to the motion. See Docket Entry Nos. 33-1 and 33-2, respectively.