IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SKYWATCH TRAFFIC, LLC.     )
                             )
v.                           )     No. 3-10-0959
                             )
CUMULUS MEDIA, INC; and    )
CUMULUS BROADCASTING LLC.  )
a/k/a Cumulus of Nashville      )

O R D E R

As the parties provided in their joint mediation report filed on March 7, 2012 (Docket Entry
No. 40), they participated in mediation and have reached a resolution of this case.

As a result, the defendants' motion for summary judgment (Docket Entry No. 33) is rendered
MOOT, and the Clerk is directed to terminate that motion as pending.

By April 6, 2012, the parties shall file an agreed order or stipulation of dismissal.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further
proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Counsel have advised the Court that they will be able to file a stipulation of dismissal by
April 6, 2012.